# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WA41 | E1336072 | BICKELL | 3583 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 01/09/2024 0736 | 38CFR 1-218(b)(29) |

Place of Offense

VANCOUVER VAMC

Offense Description: Factual Basis for Charge          HAZMAT ☐

PARKING IN PLACES POSTED AS RESERVED

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| PETERSON | MICHAEL | J |

Street Address ████████████████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| CJS7103 | WA | 10 | MAZDA 4dr | | BLK |

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |
| | $ 25 Forfeiture Amount |
| | + $30 Processing Fee |
| PAY THIS AMOUNT AT www.cvb.uscourts.gov → | $ 55.00 Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address
**U.S. DISTRICT COURT**
**DISTRICT OF WASHINGTON**
**1717 PACIFIC AVENUE**
**TACOMA, WA 98402**

| Date | TBD |
|---|---|
| Time | TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature    Not Able

Original - CVB Copy

*E1336072*

CVB SCAN 02/14/2024 14:52

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on Jan 9, 2024 while exercising my duties as a law enforcement officer in the WA 41 District of Washington

On 01/09/24 at approximately 0736 hours, while in Uniform, performing law enforcement duties at the Vancouver VA Medical Center, located at 1601 E 4th Plain Blvd, Vancouver WA, when I observed a black Mazda, WA plate CJS7103, parked in parking lot 5 for employee parking. I checked the plate in LEDS and found it to be Michael Peterson. Peterson is not employed by the VA (explain above). I issued a ticket (E1336072) for violation of 38CFR 1.218(b) (29) for parking as posted as reserved spaces posted or in excess of a posted time limit.

The foregoing statement is based upon:
☒ my personal observation  ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/09/2024
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident